# UNITED STATES DISTRICT COURT
for the

EASTERN District of NORTH CAROLINA

FILED IN OPEN COURT
ON 10/18/17
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:17-MJ-1939-JG |
| ) | |
| DASHAWN BROWN ) | Charging District: DISTRICT OF NEW JERSEY |
| ) | Charging District's Case No. 2:17-CR-439-JLL |
| *Defendant* ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: U.S. DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>MARTIN LUTHER KING, JR.<br>FEDERAL BUILDING AND U.S. COURTHOUSE<br>50 WALNUT STREET<br>NEWARK, NJ 07102<br>973-645-3730 | Courtroom No.: Chief Judge Linares |
| | Date and Time: 11/8/2017 AT 11:30 A.M. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 18 OCT. 2017

*Judge's signature*

JAMES E. GATES, U.S. MAGISTRATE JUDGE
*Printed name and title*